IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lisa J. Sharp,
on behalf of J. S.,                              :
                                                 :
    Plaintiff(s),                        :
                                                 :   Case Number: 1:14cv523
vs.                                              :
                                                 :   Judge Susan J. Dlott
Commissioner of Social Security,                 :
                                                 :
    Defendant(s).                        :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitiz filed on June 4, 2015 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 22, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED and REMANDED for further proceedings pursuant to Sentence four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

                                                                ___s/Susan J. Dlott_____
                                                                 Judge Susan J. Dlott
                                                                 United States District Court